## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
     :
     v.      :    **3:19-CR-0113**
     :    **(JUDGE MARIANI)**
DORY L. SATER,      :
     :
     Defendant.      :

## <u>ORDER</u>

**AND NOW, THIS** _____7th_____ **DAY OF AUGUST 2020**, for the reasons set forth in this

Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant

Dory Sater's "Motion to Suppress Statements" (Doc. 33) is **DENIED.**

_____
Robert D. Mariani
United States District Judge