THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 3:19-CR-0113 |
| | : | (JUDGE MARIANI) |
| DORY L. SATER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS 25th DAY OF FEBRUARY 2021, upon consideration of Defendant Dory L. Sater's Motion for a Judgment of Acquittal (Doc. 110) and Motion for a New Trial (Doc. 111) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for a Judgment of Acquittal (Doc. 110) is **DENIED**;
2. Defendant's Motion for a New Trial (Doc. 111) is **DENIED**.

Robert D. Mariani
United States District Judge