THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:19-CR-0113 |
| | : (JUDGE MARIANI) |
| DORY L. SATER, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 21st DAY OF MARCH 2022, upon consideration of Defendant Dory L. Sater's Motion for Relief Related to Delay in Sentencing (Doc. 148) and all relevant documents, **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

Robert D. Mariani
United States District Judge