THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 3:19-CR-113 |
| | : | (JUDGE MARIANI) |
| DORY L. SATER | : | |
| | : | |
| Defendant | : | |

ORDER

AND NOW, THIS 15th DAY OF APRIL, 2025, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Dory Sater's Motion for Early Termination of Supervised Release (Doc. 178) is **DENIED**.

_____
Robert D. Mariani
United States District Judge